ARTHUR S. KOYER, APPELLANT, v. ALFRED B. ROBINSON, RESPONDENT.

Submitted May 27, 1933—Decided September 27, 1933.

For the appellant, *Edward R. McGlynn.*

For the respondent, *Albert H. Kraemer.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court, and reported in 110 *N. J. L.* 363.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ.  13.

*For reversal*—None.